MALCOLM, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants.

(Supreme Court, General Term, First Department. May 18, 1894.)

Action by James F. Malcolm against the New York Elevated Railway Company and others.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
G. T. Aldrich, for appellants.
E. W. Tyler, for respondent.
No opinion. Judgment affirmed, with costs.

---

### PEOPLE ex rel. ROOSEVELT v. BARKER et al.

(Supreme Court, General Term, First Department. May 18, 1894.)

Proceeding by the People on the relation of John E. Roosevelt against Edward Barker and others.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
No opinion. Order affirmed, with costs.

---

### PEOPLE, Respondent, v. CODY, Appellant.

(Supreme Court, General Term, First Department. May 18, 1894.)

Prosecution against Michael Cody.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
J. D. Lindsay, for the People.
No opinion. Conviction. Judgment affirmed.

---

### RICH et al. v. SARGENT GRANITE CO.

(Supreme Court, General Term, First Department. May 18, 1894.)

Action by Percy Rich and others against the Sargent Granite Company.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
No opinion. Order affirmed, with $10 costs and disbursements.

---

RICKERSON, Appellant, v. HARTFORD FIRE INS. CO., Respondent.

(Supreme Court, General Term, First Department. May 18, 1894.)

Action by Martin L. Rickerson against the Hartford Fire Insurance Company.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
G. Richards, for appellant.
W. D. Murray, for respondent.
No opinion. Judgment affirmed, with costs.